

December 21, 2020

David McCraw
Vice President & Deputy
General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

**VIA ECF**

The Honorable James L. Cott
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   The New York Times Company et al. v. Customs & Border Protection, No. 19-cv-09017

Dear Judge Cott:

I am counsel for The New York Times Company ("The Times") and reporter Caitlin H. Dickerson in the above-captioned action brought against the Customs and Border Protection ("CBP") pursuant to the Freedom of Information Act. I write respectfully, on behalf of Plaintiffs, to provide a status update regarding this action.

Ms. Dickerson has left The Times and will be joining The Atlantic in 2021. Ms. Dickerson intends to pursue further release of the documents at issue in this case with her future employer. Accordingly, The Times seeks to withdraw its claims against CBP.

We thank the Court for its consideration of this matter.

Respectfully submitted,

David McCraw

cc: All counsel of record (via ECF)