AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The New York Times Co. and Caitlin H. Dickerson ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:19-cv-09017-JLC |
| Customs and Border Protection ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Caitlin H. Dickerson                                                                                       .

Date:   12/22/2020

/s/ Laura R.Handman

*Attorney's signature*

Laura R. Handman (No. 2342384)
*Printed name and bar number*
Davis Wright Tremaine LLP
1301 K Street, N.W. - Suite 500 East
Washinigton, DC  20005

*Address*

laurahandman@dwt.com
*E-mail address*

(202) 973-4200
*Telephone number*

(202) 973-4499
*FAX number*