Davis Wright Tremaine LLP

Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317

**Laura Handman**
**Lisa Zycherman**
**Meenakshi Krishnan**
 Tel (202) 973-4239
 Fax (202) 973-4439

laurahandman@dwt.com
lisazycherman@dwt.com
meenakshikrishnan@dwt.com

April 2, 2021

**VIA ECF**
The Honorable James L. Cott
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Caitlin H. Dickerson v. Customs and Border Protection*, 19 Civ. 9017 (JLC)

Dear Judge Cott:

The undersigned counsel represent Plaintiff Caitlin H. Dickerson in the above-referenced Freedom of Information Act ("FOIA") action.  On behalf of the parties, we write to provide the Court with the following status update and joint proposed schedule, pursuant to the Court's Order dated February 22, 2021.  Dkt. No. 56.

Regarding the June 30, 2020, production: following several meet and confer conferences, on March 22, 2021, Plaintiff and U.S. Customs and Border Protection ("CBP") resolved their disagreement, referenced in the parties' January 29 and February 19 joint status letters, regarding Plaintiff's challenges to certain redactions in that production.  The parties recognize that the Court previously endorsed the parties' request that Plaintiff identify challenges to the June 30, 2020, production by December 15, 2020, *see* Dkt. No. 37, but in light of the parties' recent meet-and-confer conferences, CBP has agreed to (a) review Plaintiff's remaining challenges to redactions identified in the June 30 production (as memorialized in an April 2, 2021, email from counsel for Plaintiff to counsel for CBP); and (b) provide a *Vaughn* index and a position on the challenged redactions in the June 30 production no later than April 15, 2021.[1]

---

[1] In its February 22, 2021 Minute Order, the Court required that the parties include a status update with respect to the April 7, 2020 production.  Dkt. No. 56.  Plaintiff will not be challenging any redactions in that production.

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Joint Status Letter
April 2, 2021
Page 2


   Regarding the September 11, 2020, production: on March 26, 2021, CBP provided
Plaintiff with a *Vaughn* index and a final position on the FOIA exemption challenges identified
in that production.[2]

   In light of these agreements, the parties jointly propose the schedule set forth below.

***

- No later than April 15, 2021, CBP will provide a *Vaughn* index and its position on the FOIA
  exemption challenges identified by Plaintiff in the June 30, 2020 production.

- No later than April 22, 2021, Plaintiff will provide CBP with a final list of all FOIA
  exemption challenges for which Plaintiff intends to brief at summary judgment, based on
  CBP's March 26, 2021, and April 15, 2021 *Vaughn* indices.

- The parties propose the following summary-judgment briefing schedule:

  o CBP shall file a motion for summary judgment and accompanying memorandum in
    support thereof on or before June 14, 2021.

  o Plaintiff shall file her cross-motion for summary judgment, with a single
    memorandum in support of her own motion and in opposition to CBP's motion, on or
    before July 14, 2021.

  o CBP shall file a reply memorandum in support of its motion and in opposition to
    Plaintiff's motion, on or before August 4, 2021.

  o Plaintiff shall file a reply memorandum in support of her motion and in opposition to
    CBP's motion on or before August 25, 2021.

The parties respectfully request that the Court so-order this schedule. Plaintiff also respectfully
requests that the Court so-order the stipulation set forth above concerning CBP's review of
certain portions of the June 30, 2020 production; CBP has no objection to that request.

Thank you for consideration of this matter.

---

[2] CBP is conducting an analysis to determine whether certain portions of records previously
withheld in the September 11, 2020, production can be reasonably segregated and produced. By
April 15, 2021, CBP will inform Plaintiff if CBP will re-produce such records.

Joint Status Letter
April 2, 2021
Page 3

Respectfully,

Davis Wright Tremaine LLP

/s/ Laura Handman
Laura Handman
Lisa Zycherman (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317
laurahandman@dwt.com
lisazycherman@dwt.com
meenakshikrishnan@dwt.com

cc:     Counsel of record (via ECF)