

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 10, 2021

**VIA ECF**
The Honorable James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Caitlin H. Dickerson v. Customs and Border Protection*,
       19 Civ. 9017 (JLC)

Dear Judge Cott:

    This Office represents U.S. Customs and Border Protection ("CBP") in the above-referenced FOIA case. On behalf of the parties, we write to inform the Court that the parties have resolved the issues that were to be briefed in their forthcoming cross-motions for summary judgment. The parties are likewise submitting, under separate cover, a stipulation and proposed order that dismisses all of Plaintiff's claims in this action, except for any claims for attorneys' fees and costs by Plaintiff under 5 U.S.C. § 552(a)(4)(E).

    We accordingly request that that the Court cancel the briefing schedule so-ordered by the Court regarding the parties' previously anticipated cross-motions for summary judgment, *see* Dkt. Nos. 57-58. We also request that the Court set an August 31, 2021, deadline for any fee application by Plaintiff. The parties request this late August deadline so that they have sufficient time to attempt to resolve any fee dispute without need for court intervention.

    We thank the Court for its consideration of this matter.

                                           Respectfully,

                                           AUDREY STRAUSS
                                           United States Attorney

                        By:    /s/ Charles S. Jacob
                               CHARLES S. JACOB
                               Assistant United States Attorney
                               86 Chambers Street, Third Floor
                               New York, NY 10007
                               Tel: (212) 637-2725
                               Fax: (212) 637-2702
                               charles.jacob@usdoj.gov

cc: Counsel for Plaintiff (via ECF)